Jeremy Pinson 16767-064
US Penitentiary - ADX
P.O. Box 8500
Florence, CO 81226

IN THE UNITED STATES DISTRICT COURT
Eastern ~~DISTRICT OF~~ California

**FILED**
NOV 1 2 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

Civil Action No. _____
(To be supplied by the court)

Jeremy Brown, Mikeal Sthne and Jeremy Pinson, Plaintiff,

v.

1:13-CV-1821-MJS-PC

John Doe 1 and 2,

Federal Bureau of Prisons,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

**RECEIVED**
NOV 1 2 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

(List each named defendant on a separate line.)

**PRISONER COMPLAINT**

(Rev. 1/30/07)

## A. PARTIES

1. <u>Mikeal Stine # 55436-098 and Jeremy Pinson #16267-064</u>
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   <u>PO Box 8500   Florence  CO  81226</u>

1(a). <u>Jeremy Brown # 31123-074, PO Box 7000, Florence, CO 81226</u>

2. <u>John Doe #1 - Special Investigative Agent</u>
   (Name, title, and address of first defendant)
   <u>U.S. Penitentiary, Atwater, California</u>
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes  _X_ No  (CHECK ONE). Briefly explain your answer:
   <u>Federal Employee</u>

3. <u>John Doe #2 - SIS Lieutenant</u>
   (Name, title, and address of second defendant)
   <u>U.S. Penitentiary, Atwater, California</u>
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes  _X_ No  (CHECK ONE). Briefly explain your answer:
   <u>Federal Employee</u>

4. <u>Federal Bureau of Prisons</u>
   (Name, title, and address of third defendant)
   <u>320 First St. NW, Washington DC 20534</u>
   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes  _X_ No  (CHECK ONE). Briefly explain your answer:
   <u>Federal Agency</u>

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                               2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

    \_\_\_\_ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

    _X_ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

Plaintiffs were labeled snitches by defendants in retaliation for lawsuits against the BOP. Plaintiffs now sue for damages & injunctive relief.

(Rev. 1/30/07)                3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: Violation of the 8th Amendment (Snitch Label)

   Supporting Facts:

1. In 2010 plaintiffs and inmate Matthew Eyre initiated suit in the D.C. U.S. Circuit Court of Appeals Case No. 10-5059.

2. Subsequently inmate Eyre was transferred to the U.S. Penitentiary in Atwater, California ("U.S.P. Atwater").

3. Defendant BOP operates the U.S.P. Atwater and both Doe defendants are employed there.

4. In late 2012 defendants Doe pulled inmate Eyre into an office at U.S.P. Atwater to question him about Case No. 10-5059.

5. During the interview Defendants Doe 1 and 2 urged Mr. Eyre to drop participation in the suit and told him both Pinson and Stine were "notorious snitches". Upon information and belief other BOP inmates were told the same about Plaintiffs. They also said Brown was "a rat too".

6. As a result of the snitch label Pinson and Stine have both been assaulted and inmates affiliated with the Mexican Mafia are threatening to kill plaintiffs and are armed with weapons to do such. Inmates in the SMU are repeatedly attempting to attack Brown.

(Rev. 1/30/07)    4

2. Claim Two: <u>Violation of the 1st Amendment (Retaliation)</u>

   Supporting Facts:

1. Facts 1-6 of Claim One hereby reincorporated.

3. Claim Three: _____N/A_____

   Supporting Facts:

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: *Cases have been filed but info is Unavailable due to siezure of all the plaintiffs possessions.*

2. Docket number and court name: _____

3. Claims raised in prior lawsuit: _____

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): _____

5. If the prior lawsuit was dismissed, when was it dismissed and why? _____

6. Result(s) of any appeal in the prior lawsuit: _____

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined?
   _X_ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? _X_ Yes ___ No (CHECK ONE).

(Rev. 1/30/07)                                    7

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

1. Compensatory And Punitive Damages – $100,000 per defendant.

2. Injunction enjoing defendant BOP's employees from further retaliation.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  11-4-13
(Date)

_Mikeal Glenn Stine_
Mikeal Stine

_(Prisoner's Original Signature)_
Jeremy Pinson

_Jeremy Brown_
Jeremy Brown