UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　　Defendant. | Case No.  1:13-cv-1821-MJS (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO INFORM COURT OF NAME OF DOE DEFENDANT**<br><br>**(ECF Nos. 14 & 20)**<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　　　Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this Privacy Act and civil rights action. (ECF Nos. 8 & 13.)

　　　　The Court screened Plaintiff's first amended complaint (ECF No. 8), and found that it stated a cognizable Privacy Act claim against the Federal Bureau of Prisons, and cognizable First and Eighth Amendment claims against Defendant John Doe.

　　　　Plaintiff has filed two motions to identify unnamed defendants. (ECF Nos. 14 & 20.)  The first motion seeks to identify Defendant Doe #1 as "Estrada," and another Doe Defendant as "Jesus A. Valero." (ECF No. 14.) The second motion seeks to identify Defendant Doe #1 as "Jesus A. Valero." (ECF No. 20.)

　　　　The Court's screening order found a cognizable claim against only one Doe

defendant. (ECF No. 8.) Plaintiff may not name both Estrada and Valero as Doe defendants in this case.

Accordingly, it is HEREBY ORDERED that, within twenty-one (21) days of the date of service of this order, Plaintiff shall inform the Court whether the claims found to be cognizable should proceed against Estrada or Valero.

IT IS SO ORDERED.

Dated: December 4, 2014          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE