UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>  Defendants. | 1:13-cv-01821-AWI-MJS (PC)<br><br>ORDER (1) GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO SUBMIT SERVICE DOCUMENTS, (2) GRANTING PLAINTIFF'S REQUEST FOR USM-285 FORM, AND (3) DENYING PLAINTIFF'S REQUEST REGARDING 28 C.F.R. § 540.18<br><br>(Document # 42)<br><br>CLERK'S OFFICE TO SEND PLAINTIFF ONE USM-285 FORM<br><br>21-DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On January 20, 2015, plaintiff filed a motion to extend time to submit service documents. Plaintiff also requested that the Clerk's Office send Plaintiff an additional USM-285 form. Finally, he asks that "the Clerk be instructed to follow 28 C.F.R 540.18."

Plaintiff has presented good cause for an extension of time and his request will be granted. He also will be sent an additional USM-285 form.

However, the Court will not instruct the Clerk's Office to "follow 28 C.F.R. 540.18." As an initial matter, Plaintiff's reference to 28 C.F.R. § 540.18 appears to be incorrect, as

1

the provision applies generally to "special mail." 28 C.F.R. § 540.19 is the provision applicable to legal mail. It requires institutional staff to follow special procedures with respect to mail from courts or attorneys. 28 C.F.R. § 540.19(a). Inmates are responsible for advising <u>attorneys</u> to mark legal mail as special mail. 28 C.F.R. § 540.19(b). There is no requirement that courts so mark legal mail. The notation on the envelope indicating that correspondence is from the United States District Court for the Eastern District of California is sufficient to advise institutional staff that the correspondence constitutes legal mail.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff is granted twenty-one (21) days from the date of service of this order in which to submit service documents;
2. The Clerk's Office is directed to send Plaintiff one USM-285 form; and
3. Plaintiff's request that the Clerk's Office be directed to "follow 28 C.F.R. 540.18" is denied.

IT IS SO ORDERED.

Dated:   January 21, 2015          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

2