UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　Defendant. | Case No.  1:13-cv-01821-AWI-MJS (PC)<br><br>**ORDER GRANTING MOTION TO STAY DISCOVERY**<br><br>**(ECF No. 63)** |

　　　　Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this Privacy Act and civil rights action. (ECF Nos. 8 & 13.) The action proceeds on Plaintiff's Privacy Act claim against the Federal Bureau of Prisons (BOP) and his First and Eighth Amendment claims against Defendant Valero. (ECF Nos. 15 & 40.)

　　　　On April 17, 2015, Defendants filed a motion for summary judgment asserting that Plaintiff failed to exhaust his administrative remedies and that Defendant Valero was entitled to qualified immunity. (ECF No. 58.)

　　　　Before the Court is Defendants' June 5, 2015 motion to stay discovery pending resolution of the motion for summary judgment. (ECF No. 63.) Plaintiff filed a statement of no opposition. (ECF No. 64.) The Court finds a protective order staying discovery is appropriate in these circumstances. See Fed. R. Civ. P. 26(c)(1); Albino v. Baca, 747 F.3d 1162, 1170 (9th Cir. 2014).

　　　　Accordingly, it is HEREBY ORDERED that Defendants' motion (ECF No. 20) is

GRANTED. Discovery in this matter is stayed pending resolution of Defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated: June 17, 2015                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

2