UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>  Defendant. | Case No.  1:13-cv-1821-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF**<br><br>**(ECF No. 65)**<br><br>**CASE TO REMAIN OPEN** |

Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this Privacy Act and civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On June 16, 2015, the Magistrate Judge issued findings and recommendations to deny Plaintiff's motion for declaratory and injunctive relief. (ECF No. 65.) No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the findings and recommendations, filed June 16, 2015 (ECF No. 65), in full; and

2. Plaintiff's February 10, 2015 motion for declaratory and injunctive relief (ECF No. 46) is DENIED.

IT IS SO ORDERED.

Dated:   July 9, 2015                                                                                          
                                                   SENIOR  DISTRICT  JUDGE

2