UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS;<br>JESUS VALERO,<br><br>    Defendants. | Case No.  1:13-cv-01821-AWI-MJS (PC)<br><br>**ORDER CONTINUING EVIDENTIARY HEARING**<br><br>**9:00 AM**<br>**JANUARY 20, 2016**<br>**COURTROOM 6**<br>**FRESNO** |

Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to <u>Bivens v. Six Unknown Agents of the Federal Bureau of Narcotic</u>s, 403 U.S. 388 (1971), and the Privacy Act of 1974, 5 U.S.C. § 552a. This matter is scheduled for an evidentiary hearing on November 19, 2015 at which both Plaintiff and witness Matthew Eyre will testify.

Due to a scheduling conflict, this matter will be continued to January 20, 2016, at 9:00 a.m. in Courtroom # 6.

Accordingly, IT IS HEREBY ORDERED that:

1.   The November 19, 2015 evidentiary hearing is continued to Wednesday,

1 **January 20, 2016, at 9:00 a.m.** in Courtroom 6, Fresno, before the undersigned;

2       2.     The Clerk's Office shall fax a copy of this Order to the Litigation Coordinator at (a) USP Florence – High, United States Penitentiary in Florence, Colorado, where Plaintiff is presently housed, and (b) USP Beaumont, United States Penitentiary in Beaumont, Texas, where witness Matthew Eyre is presently housed;

3.     The parties may submit briefs on the issues presented provided they are received by the Court at least ten days before the date of the hearing; and

4.     In light of the continuance, the November 5, 2015, deadline set forth in the Court's October 23, 2015, Order (ECF No. 74) for Plaintiff to submit a completed subpoena form, a USM-285 form, two copies of the Court's October 23, 2015, Order, and a money order in the amount of $40 made payable to Kindra Vargas, is extended to **December 4, 2015**.

IT IS SO ORDERED.

Dated:   October 26, 2015          /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE