UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS;<br>JESUS VALERO,<br><br>    Defendants. | Case No.  1:13-cv-01821-AWI-MJS (PC)<br><br>**ORDER GRANTING DEFFENDANTS' MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER**<br><br>**(ECF NO. 76)**<br><br>Discovery Deadline: **April 22, 2016**<br>Dispositive Motion Deadline: **June 24, 2016** |

Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to <u>Bivens v. Six Unknown Agents of the Federal Bureau of Narcotic</u>s, 403 U.S. 388 (1971), and the Privacy Act of 1974, 5 U.S.C. § 552a. The matter proceeds on Plaintiff's First Amended Complaint against Defendant Jesus Valero for violations of the First and Eighth Amendments and against Defendant Federal Bureau of Prisons ("BOP") for violation of the Privacy Act.

Before the Court is Defendants' request to modify the March 30, 2015, Discovery and Scheduling Order. (ECF No. 54.) Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' Motion to Modify the Discovery and Scheduling Order is GRANTED (ECF No. 76);
2. The deadline for the completion of all discovery is continued from November 30, 2015, to **April 22, 2016**; and
3. The deadline for filing all dispositive motions is continued from February 8, 2016, to **June 24, 2016**.

IT IS SO ORDERED.

Dated:   November 23, 2015           /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

2