UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS;<br>JESUS VALERO,<br><br>    Defendants. | Case No.  1:13-cv-01821-AWI-MJS (PC)<br><br>**ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS**<br><br>**SERVICE WITHIN FOURTEEN (14) DAYS** |

    Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to <u>Bivens v. Six Unknown Agents of the Federal Bureau of Narcotic</u>s, 403 U.S. 388 (1971), and the Privacy Act of 1974, 5 U.S.C. § 552a. The matter proceeds on Plaintiff's First Amended Complaint against Defendant Jesus Valero for violations of the First and Eighth Amendments and against Defendant Federal Bureau of Prisons ("BOP") for violation of the Privacy Act. This matter is set for an evidentiary hearing for January 20, 2016, to determine the authenticity of Plaintiff's principal witness Matthew Eyre's declaration.

    On October 23, 2015, the Court ordered Plaintiff to provide service information for witness Kindra Vargas, who is being commanded to appear at the January 20, 2016, evidentiary hearing. (ECF No. 74.) In compliance with that order, Plaintiff has now submitted the necessary documents for service, as well as a $40 witness fee.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    The Clerk of the Court is directed to forward the following documents to

the United States Marshal:

    a. One completed and issued subpoena to be served on Kindra Vargas;

    b. One completed USM-285 Form;

    c. One money order (No. 23063543908) in the amount of $40, made payable to Kindra Vargas; and

    d. One copy of this Order, plus an extra copy for the Marshals Service;

2. Within **fourteen (14) days** from the date of this Order, the United States Marshal is directed to serve the subpoena and money order on witness Kindra Vargas in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The United States Marshal shall effect personal service and a copy of this Order upon the named individual in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the California Department of Corrections and Rehabilitation ("CDCR") to execute this Order. The United States Marshal shall maintain the confidentiality of all information provided by CDCR pursuant to this Order.

4. Within **seven (7) days** after personal service is effected, the United States Marshal shall file the return of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the subpoena and for preparing new USM-285 forms, if required.

IT IS SO ORDERED.

Dated:   December 1, 2015          /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE