UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>    Defendant. | Case No.  1:13-cv-01821-AWI-MJS (PC)<br><br>**ORDER TO PLAINTIFF TO DIRECT DELIVERY OF UNUSED MONEY ORDER** |

Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this Privacy Act and civil rights action. (ECF Nos. 8 & 13.) The action, now closed, proceeded on Plaintiff's Privacy Act claim against the Federal Bureau of Prisons (BOP) and his First and Eighth Amendment claims against Defendant Valero. (ECF Nos. 15 & 40.)

Prior to dismissal of the action, Plaintiff submitted to the Court a money order in the amount of $40 for witness fees for the appearance of one Kindra Vargas at an evidentiary hearing. The subpoena on Ms. Vargas was returned unexecuted, and the money order returned to the Court. (ECF No. 87.)

The Court is ready to return the money order to Plaintiff, but anticipates he might have difficulty negotiating it himself while in custody.  Accordingly, the Court seeks his direction as to whether it should instead deliver it to someone not in custody (such as the family member or acquaintance who assisted Plaintiff in obtaining it).

Accordingly, Plaintiff is HEREBY ORDERED to advise the Court within ten (10) days of the date of service of this order as to whom and where the money order is to be mailed.  If Plaintiff does not so advise the Court, it will return the money order to Plaintiff.

IT IS SO ORDERED.

Dated:   January 19, 2016                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

2