# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY PINSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　　Defendant. | Case No. 1:13-cv-01821-AWI-MJS (PC)<br><br>**ORDER FOR RETURN OF MONEY ORDER** |

Plaintiff is a federal prisoner proceeding pro se and in forma pauperis in this Privacy Act and civil rights action. (ECF Nos. 8 & 13.) The action, now closed, proceeded on Plaintiff's Privacy Act claim against the Federal Bureau of Prisons (BOP) and his First and Eighth Amendment claims against Defendant Valero. (ECF Nos. 15 & 40.)

Prior to dismissal of the action, Plaintiff submitted to the Court a money order in the amount of $40 for witness fees to secure the appearance of one Kindra Vargas at an evidentiary hearing. The subpoena on Ms. Vargas was returned unexecuted, and the money order returned to the Court. (ECF No. 87.)

On January 19, 2016, the Court advised Plaintiff that if he failed to direct where the money order was to be returned, it would be returned directly to him at his institutional address. (ECF No. 88.) Plaintiff did not respond and the time for doing so has passed.

Accordingly, the Clerk's Office is HEREBY DIRECTED to return money order No. 23063543908 to Plaintiff at his address of record.

IT IS SO ORDERED.

Dated: February 22, 2016 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

2